## Fractional School District No. 1, of Owosso, etc. **v,** The Joint Board of School Inspectors of Owosso, Sciota, Bennington and Middlebury.

*Certiorari : School district : Corporate existence : Quo warranto.* A *certiorari* to review proceedings whereby a new school district has been created out of old districts, must be applied for before the district has been organized and assumed the functions of a corporation ; after that time the proper course is, to take measures to try the legality of its corporate existence by *quo warranto,* or other direct proceedings against the alleged corporation or its officers.

*Heard and decided April 10.*

*Certiorari* to the Board of School Inspectors of Owosso, etc.

This writ was brought to reverse the action of town boards in creating a fractional school district out of old districts. The action was taken in November, 1871, and the *certiorari* was sued out in February, 1873.

*Hugh McCurdy,* for plaintiff in *certiorari.*

*Gould & Lyon,* for respondents.

THE COURT held that after the lapse of such a time it can fairly be presumed that the district has been organized in fact, officers elected, and expenses incurred. The court will not, at this late day, review the proceedings on *certiorari,* to which the district or its officers would not be parties; but if any one desires to contest the legality of the organization, he must proceed by *quo warranto* against the district or its officers.

*Certiorari* dismissed.